IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 JUL 23 AM 8: 27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| JIMMIE CHANNON, W. DERICK JOHNSON, WILLIAM L. MCKAMEY, ANTHONY W. MCRAE, J.C. RIGGS, NORMAN WADE, WILLIAM GORHAM, BULL E. BARROW, AND LEONARD TUSA,<br>     PLAINTIFFS,<br><br>V.<br><br>PARNELL MCNAMARA AND MCLENNAN COUNTY, TEXAS,<br>     DEFENDANTS. | CAUSE NO. 1:13-CV-046-LY<br>(6:13-CV-006) |

## ORDER

Before the court is the above-styled and numbered cause of action. On July 22, 2014, the court received a telephone call and subsequent email from Defendant's counsel informing the court that the parties have settled this case. In light of counsel's representations regarding settlement,

**IT IS HEREBY ORDERED** that the parties shall file a joint stipulation of dismissal or motion to dismiss **on or before August 21, 2014**.

**IT IS FINALLY ORDERED** that the jury trial set to begin on Monday, August 18, 2014 is **CANCELLED**.

SIGNED this 22nd day of July, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE