IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2014 AUG 15   AM 9: 23

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | | |
|---|---|---|
| JIMMIE CHANNON, W. DERICK JOHNSON, WILLIAM L. MCKAMEY, ANTHONY W. MCRAE, J.C. RIGGS, NORMAN WADE, WILLIAM GORHAM, BULL E. BARROW, AND LEONARD TUSA, | § § § § § § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § § | CAUSE NO. 1:13-CV-046-LY (6:13-CV-006) |
| PARNELL MCNAMARA AND MCLENNAN COUNTY, TEXAS, DEFENDANTS. | § § § § | |

## FINAL JUDGMENT

Before the court in the above-styled and numbered cause is the parties' Joint Stipulation of Dismissal With Prejudice filed August 14, 2014 (Clerk's Doc. No. 164), stipulating dismissal with prejudice of all claims in this action. The court has reviewed the Stipulation of Dismissal and finds it acceptable; therefore pursuant to Federal Rules of Civil Procedure 41(a) and 58,

**IT IS HEREBY ORDERED** that the above numbered cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties bear their own costs of court and attorney's fees.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this _14th_ day of August, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE